THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(1), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Michael J. Brown, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2005-UP-534
Submitted September 1, 2005  Filed September 29, 2005

AFFIRMED

 
 
 
 Acting Deputy Chief Attorney Wanda H. Carter, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Attorney General Norman Mark Rapoport, Office of the Attorney General, all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM: In this criminal action, Michael J. Brown argues the circuit court erred in denying his motion for directed verdict on the offense of trafficking in cocaine. We affirm[1] pursuant to Rule 220, SCACR, and the following authority: State v. McCluney, 361 S.C. 607, 606 S.E.2d 485 (2004) (holding that the use of imitation cocaine in a reverse-buy was not outside the scope of the trafficking in cocaine statute, because evidence that defendant conspired with others and attempted to purchase real cocaine was sufficient to support a conviction under the trafficking statute).
AFFIRMED.
HEARN, C.J., and STILWELL and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.